# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMONT HAGAN,** | : | CIVIL ACTION NO. 1:08-CV-1766 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **CHRIS CHAMBERS**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 2nd day of March, 2009, upon consideration of plaintiff's motion to withdraw his motion for a preliminary injunction (Doc. 43), it is hereby ORDERED that:

1. The motion to withdraw (Doc. 43) is GRANTED.

2. Plaintiff's request for a preliminary injunction (Doc. 21) is DEEMED withdrawn.

3. Defendants' motion to strike plaintiff's motion for preliminary injunction and brief in support of the motion (Doc. 39) is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge