# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAMONT HAGAN,** : | **CIVIL ACTION NO. 1:08-CV-1766** |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **CHRIS CHAMBERS, et al.,** : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 20th day of March, 2009, upon consideration of plaintiff's motion to withdraw his motion for preliminary injunction (Doc. 43), it is hereby ORDERED that the motion is GRANTED. Plaintiff's motion for preliminary injunction (Doc. 21) is WITHDRAWN. The Clerk of Court shall NOTE the docket sheet accordingly.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge