# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMONT HAGAN,** | : | CIVIL ACTION NO. 1:08-CV-1766 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **CHRIS CHAMBERS, et al.,** | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 11th day of June, 2009, it is hereby ORDERED that:

1. Plaintiff's motion to file a second amended complaint (Doc. 54) is GRANTED.

2. Plaintiff's motion for an extension of time to file a proposed second amended complaint (Doc. 53) is DENIED as moot. A proposed second amended complaint was filed on May 21, 2009. (Doc. 58).

3. The Clerk of Court is directed to docket pages 1 through 8 of plaintiff's proposed second amended complaint (Doc. 58) as plaintiff's second amended complaint.

4. Defendants shall respond to the second amended complaint in accordance with the Federal Rules of Civil Procedure.

5. Plaintiff's motion for an enlargement of the discovery period (Doc. 51) and defendants' motion for an extension of the dispositive motions deadline (Doc. 57) are GRANTED.

6. The prior pre-trial scheduling order (Doc. 45) is amended as follows:

    a. Discovery shall be completed on or before August 10, 2009.

    b. Dispositive motions shall be filed on or before September 10, 2009.

      c.      Scheduling of a final pre-trial conference and the trial date of this matter is deferred pending disposition of dispositive motions.

7. Any motions or briefs filed after the expiration of the applicable deadline without prior leave of court shall be stricken from the record.

8. No extensions of the pre-trial schedule shall be granted absent good cause. <u>See</u> FED. R. CIV. P. 16(b)

      <u>S/ Christopher C. Conner</u>
      CHRISTOPHER C. CONNER
      United States District Judge