# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMONT HAGAN,** | : | **CIVIL ACTION NO. 1:08-CV-1766** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **CHRIS CHAMBERS**, et al., | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 6th day of December, 2010, upon review of plaintiff's motion for reconsideration (Doc. 95), which was filed without a supporting brief in violation of Local Rule 7.10, and which lacks any basis for relief beyond plaintiff's conclusory assertions, it is hereby ORDERED that said motion is DENIED.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge